DONALD W. JORDAN

NO. 1047307   DIV. "C"

VERSUS

18TH JUDICIAL DISTRICT COURT

TRISURA SPECIALTY INSURANCE
COMPANY; FREIGHT HAWGZ
TRANSPORT LLC; STATE FARM
MUTUAL AUTOMOBILE
INSURANCE COMPANY; AND
MACKENIEZE D. REAGAN

PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



### PETITION FOR DAMAGES

The Petition of **DONALD W. JORDAN**, (hereinafter sometimes referred to as

**"PLAINTIFF" or "PETITIONER"**), a person of the full age of majority, currently domiciled in

the Parish of Iberville, State of Louisiana, through undersigned counsel, respectfully represents:

1.

Made defendants herein are the following:

a)      **TRISURA SPECIALTY INSURANCE COMPANY**, a foreign insurer domiciled
in Oklahoma, authorized to do and doing business in the State of Louisiana, who may
be served through the Louisiana Secretary of State, 8585 Archives Avenue, Baton
Rouge, Louisiana, 70809;

b)      **FREIGHT HAWGZ TRANSPORT LLC**, a domestic limited liability company,
authorized to do and doing business in the State of Louisiana, who may be served
through their agent for service, Nikisha Reagan, 17018 Sculptured Rock Lane,
Humble, Texas 77346;

c)      **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, a foreign
insurer domiciled in Illinois, authorized to do and doing business in the State of
Louisiana, who may be served through the Louisiana Secretary of State, 8585
Archives Avenue, Baton Rouge, Louisiana, 70809; and

d)      **MACKENIEZE D. REAGAN**, a person of the full age of majority and a resident
of Harris County, State of Texas, and whose permanent mailing address is declared
to be 17018 Sculptured Rock Lane, Humble, Texas 77346.

2.

The above named defendants are liable jointly and *in solido* to Petitioner for such damages

as are reasonable in the premises, together with legal interest from date of judicial demand until paid,

and for all costs of these proceedings for the following reasons, *to-wit*:

3.

At all times pertinent and material hereto, Petitioner, **DONALD W. JORDAN**, was

operating a 2015 RAM 1500 SLT, bearing Vehicle Identification Number (VIN #)

Exhibit A

1C6RR7LT2FS551000 and Mississippi License plate number WH14773.

**4.**

On or about March 29, 2021, **DONALD W. JORDAN,** was operating the above referenced 2015 RAM 1500 SLT traveling east on Interstate 10 in the center lane coming to a stop due to traffic congestion, in the Parish of West Baton Rouge, State of Louisiana, and traveling at all times pertinent hereto in a lawful and prudent manner.

**5.**

Also on said date, a 2007 GMC Savana Cuta, bearing Vehicle Identification Number (VIN#) 1GDHG31UX71902575 and North Carolina License plate number RTG131, owned by Yana M. Orzya and being operated by Anatoliy K. Orzya was also coming to a stop due to traffic congestion directly behind the Petitioner's vehicle on Interstate 10, in the Parish of West Baton Rouge, State of Louisiana.

**6.**

On said date, a 2012 Dodge RAM 3500 ST, bearing Vehicle Identification Number (VIN#) 3C63DPGL0CG229439 and Texas License plate number K122019, owned by defendant, **FREIGHT HAWGZ TRANSPORT LLC** and being operated by defendant, **MACKENIEZE D. REAGAN,** was also traveling east on Interstate 10 directly behind the 2007 GMC Savana Cuta being operated by Anatoliy K. Orzya, in the Parish of West Baton Rouge, State of Louisiana.

**7.**

As Petitioner, **DONALD W. JORDAN,** was coming to a complete stop in the center lane, defendant, **MACKENIEZE D. REAGAN,** suddenly and without warning drove into the rear of the 2007 GMC Savana Cuta being operated by Anatoliy K. Orzya. Said collision caused the 2007 GMC Savana Cuta to violently strike the rear of the 2015 RAM 1500 SLT being driven by Petitioner, **DONALD W. JORDAN,** causing a violent collision between multiple vehicles.

**8.**

The impact between the 2012 Dodge RAM 3500 ST, (VIN#) 3C63DPGL0CG229439, the 2007 GMC Savana Cuta, (VIN#) 1GDHG31UX71902575, and the 2015 RAM 1500 SLT, (VIN#) 1C6RR7LT2FS551000, was of such force and impact that Petitioner, **DONALD W. JORDAN,** sustained severe personal injuries.

9.

The injuries sustained by Petitioner were caused by the negligence of the defendant, **MACKENIEZE D. REAGAN,** in the following non-exclusive list of particulars:

a.    Failure to stop;

b.    Failure to keep proper lookout;

c.    Failure to properly check for approaching motorists;

d.    Operating said vehicle in a reckless and/or careless manner;

e.    Driving inattentively;

f.    Failure to take proper evasive action;

g.    Failure to maintain proper control of his vehicle;

h.    Failure to yield;

i.    Failure to keep proper distance from preceding vehicle;

j.    Failure to see what he should have seen; and

k.    Any other acts of negligence by the defendant that will be shown at the trial on the merits.

10.

Petitioner, **DONALD W. JORDAN,** avers upon information and belief that at all material times herein, specifically on March 29, 2021, **TRISURA SPECIALTY INSURANCE COMPANY** administered and had in full force and effect a policy of liability insurance, Policy No. TR120L2447, covering the vehicle owned by defendant, **FREIGHT HAWGZ TRANSPORT LLC** and being operated by defendant, **MACKENIEZE D. REAGAN,** and said policy is believed to have covered the type of injuries sustained by Petitioner as a result of the collision.

11.

It is upon the information and belief of Petitioner, that all times pertinent hereto, the defendant, **MACKENIEZE D. REAGAN,** was in the course and scope of his employment with defendant, **FREIGHT HAWGZ TRANSPORT LLC,** and therefore under the theory of *Respondent Superior,* the defendant, **FREIGHT HAWGZ TRANSPORT LLC,** is liable for the acts of its own negligence and the acts of its agent/employee, **MACKENIEZE D. REAGAN.**

**12.**

Further, on information and belief, Petitioner, **DONALD W. JORDAN**, alleges that his injuries and damages are believed to be greater than the limits of liability of **TRISURA SPECIALTY INSURANCE COMPANY**, and as such, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, as the underinsured/uninsured motorist carrier and defendant herein, is also solidarily liable to Petitioner for all damages and claims which he may have against defendants, **TRISURA SPECIALTY INSURANCE COMPANY; FREIGHT HAWGZ TRANSPORT LLC; AND MACKENIEZE D. REAGAN.**

**13.**

Petitioner, **DONALD W. JORDAN**, as a result of the above described incident and negligence of defendant, has suffered the following:

    a.    Medical expenses, past and present;

    b.    Future medical expenses;

    c.    Physical pain and suffering, past and present;

    d.    Future physical pain and suffering;

    e.    Mental pain and anguish, past and present;

    f.    Future Mental Pain and Anguish;

    g.    Permanent physical disability;

    h.    Permanent physical disfigurement;

    i.    Loss of enjoyment of life;

    j.    Loss of earnings capacity; and

    k.    Any other damages which will be revealed after adequate discovery and/or shown at the trial of this matter.

**14.**

Petitioner alleges amicable demand to no avail.

**WHEREFORE**, Petitioner, **DONALD W. JORDAN**, pray that defendants be duly cited and served with a copy of this petition and cited to appear and answer same, and that after all legal delay and due proceedings or had, there be judgment rendered in favor of petitioner and against defendants, jointly and *in solido*, for such damages as are reasonable in the premises, together with legal interest therein from the date of judicial demand until paid and for all costs of these proceedings and;

1.    In favor of Petitioner, **DONALD W. JORDAN,** against defendants, **TRISURA SPECIALTY INSURANCE COMPANY; FREIGHT HAWGZ TRANSPORT LLC; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and MACKENIEZE D. REAGAN,** jointly and *in solido*, for such damages as are reasonable in the premises; and

2.    In favor of Petitioner, **DONALD W. JORDAN,** against defendants, **TRISURA SPECIALTY INSURANCE COMPANY; FREIGHT HAWGZ TRANSPORT LLC; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and MACKENIEZE D. REAGAN,** jointly and *in solido*, for legal interest from the date of judicial demand until paid, for all costs of these proceedings, and all other equitable and general relief.

RESPECTFULLY SUBMITTED;

BY ATTORNEYS:

**GAUTHIER & AMEDEE**
**A Professional Law Corporation**
2111 South Burnside Avenue
Gonzales, Louisiana 70737
Telephone: (225) 647-1700
Facsimile: (225) 647-1375

*BY:*  _____

**ANDRÉ P. GAUTHIER,** Bar Roll #21294
**LEE J. AMEDEE, III,** Bar Roll #24278
**LANDON P. GAUTHIER,** Bar Roll #38230
*Attorneys for Petitioner*

**_SERVICE INFORMATION IS ON THE FOLLOWING PAGE_**

**PLEASE SERVE THE FOLLOWING:**

1.) **TRISURA SPECIALTY INSURANCE COMPANY**
   *who may be served through its Agent for Service of Process:*
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, Louisiana 70809

2.) **FREIGHT HAWGZ TRANSPORT LLC**
   *** VIA LONG ARM ***
   *who may be served through its Agent for Service of Process:*
   Nikisha Reagan
   17018 Sculptured Rock Lane
   Humble, Texas 77346

3.) **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
   *who may be served through its Agent for Service of Process:*
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, Louisiana 70809

4.) **MACKENIEZE D. REAGAN**
   *** VIA LONG ARM ***
   17018 Sculptured Rock Lane
   Humble, Texas 77346